IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FAYE P. ABBOTT, *et al.*, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>SPRINT NEXTEL CORPORATION, *et al.*, )<br>    Defendants. ) | Case No. 11-CV-2572 (EFM/GLR) |

**JOINT MOTION TO STAY CASE PENDING OUTCOME OF RELATED CASE**

Plaintiffs and Defendants (collectively, the "Parties") jointly move to stay this case pending the outcome of a related case involving the same parties, *Fulghum, et al. v. Embarq Corp., et al.*, Case No. 2:07-cv-02602 (EFM/JPO) ("*Fulghum*"), now pending in this Court. In support of this motion, the Parties state:

1. The approximately 920 Plaintiff retirees, in addition to their Plaintiff spouses/dependents in this case ("Plaintiffs") allege that they are former employees of formerly independent regional and local telephone companies that were wholly-owned subsidiaries of Defendants Sprint Nextel Corporation and its predecessors in interest (collectively, "Sprint"), or the spouses and surviving spouses of such employees, who were participants in Sprint's retiree medical, prescription drug, and life insurance plans (the "Plans"). The Plans provided medical, prescription drug, and life insurance benefits during retirement to Sprint's former employees and their eligible spouses and dependents (the "Retiree Benefits"). Plaintiffs assert a single claim in this case, for breach of fiduciary duty ("BOFD") under ERISA, § 502(a)(3), 29 U.S.C. § 1132(a)(3).

2. *Fulghum* was brought in December 2007 by named plaintiffs on behalf of a putative class against various defendants, including the two defendants in this lawsuit, Sprint and Randall T. Parker (jointly, "Defendants"). In January 2011, this Court certified a class in

*Fulghum* with respect to the Third Amended Complaint's First and Third Claims for Relief (jointly, the "Contractual Vesting Claims"). The members of the class certified with respect to the Contractual Vesting Claims include all Plaintiffs in this case.

3.  All discovery in *Fulghum* has been completed, all summary judgment motions have been filed, and the case has a "special" (*i.e.*, No. 1) trial setting 9½ months from now, on January 8, 2013.

4.  In their Contractual Vesting Claims in *Fulghum*, the Plaintiffs in this case allege that their Retiree Benefits were secure from reduction and termination during retirement under the terms of the Plans. If Plaintiffs prevail on those claims and obtain the relief they seek in *Fulghum*, they may elect not to pursue their claims in this case. If instead, Defendants prevail on the Contractual Vesting Claims in *Fulghum*, the Court's resolution of issues relating to those claims might affect and/or narrow the issues to be decided in this case.

5.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.,* 299 U.S. 248, 254 (1936); *Pet Milk Co. v. Ritter*, 323 F.2d 586, 588 (10th Cir. 1963) (same); *Ed Tobergte Associates, Inc. v. Zide Sport Shop of Ohio, Inc.*, 83 F. Supp. 2d 1197, 1198 (D. Kan. 1999) (same). A stay is proper where, as here, the Court's conclusions in *Fulghum* "may be of valuable assistance to the court in resolving the . . . claims presented" in this case. *Leyva v. Certified Growers of California, Ltd.,* 593 F.2d 857, 863 (9th Cir. 1979). *See also, Adams Respiratory Therapeutics, Inc. v. Perrigo Co.*, No. 1:07-cv-993, 2007 WL 4284877, at *2 (W.D. Mich. Dec. 3, 2007) (granting plaintiffs' motion to stay when "going forward with both actions simultaneously would waste judicial resources" and "simultaneous litigation would duplicate both parties' effort and expense").

6. Although the Parties believe a stay of this case is warranted for the reasons set forth above, future developments in *Fulghum*, including the Court's ruling on pending motions in that case, might cause the Court, Plaintiffs, and/or Defendants to conclude that such stay should be lifted. The parties will jointly move to lift a stay of this case within 14 days in the event the trial date in *Fulghum* is changed to date later than the current January 8, 2013, unless the change is due to continuing settlement negotiations. If settlement negotiations in *Fulghum* do not result in resolution of Plaintiffs' ERISA claims, the parties reserve the right to seek to lift the stay, either jointly or unilaterally. In addition, a need may arise to lift such stay in part to (for example) take a preservation deposition of a party or witness for health or other reasons. The parties will jointly move to lift a stay of this case on a limited basis in the event either party wishes to preserve testimony or other discovery of a party or witness. Plaintiffs and Defendants each accordingly reserve the right to seek to lift, in whole or in part, the stay sought herein.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order that accompanies this Motion.

Respectfully submitted,

**DOUTHIT FRETS ROUSE GENTILE & RHODES, LLC**

/s/ Mary C. O'Connell
Mary C. O'Connell (KS Bar #70038)
R. Douglas Gentile (KS Bar #13907)
903 East 104th Street, Suite 610
Kansas City, MO 64131
Telephone:  (816) 941-7600
Facsimile:   (816) 941-6666
Email:  moconnell@dfrglaw.com
            dgentile@dfrglaw.com

**KENNER SCHMITT NYGAARD, LLC**
Diane A. Nygaard (KS Bar #10997)
117 West 20th Street, Suite 201
Kansas City, Missouri 64108
Telephone:  (913) 469-5544
Facsimile:   (913) 469-1561
E-mail:  diane@ksnlegal.com

**NORRIS & KEPLINGER, L.L.C.**
Bruce Keplinger (KS Bar #09562)
Christopher J. Lucas (KS Bar #20160)
6800 College Boulevard, Suite 630
Overland Park, KS 66211
Telephone:  (913) 663-2000
Facsimile:   (913) 663-2006
Email:  bk@nkfirm.com
            cjl@nkfirm.com

Attorneys for Plaintiffs

**STINSON MORRISON HECKER LLP**

/s/ Christopher J. Leopold
Mark D. Hinderks (KS #11293)
Scott C. Hecht (KS #16492 )
Christopher J. Leopold (KS #19638 )
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842.8600
Facsimile:   (816) 691-3495
Email: mhinderks@stinson.com
          shecht@stinson.com
          cleopold@stinson.com

Attorneys for Defendants

5