IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FAYE P. ABBOTT, *et al.*,          )<br>          Plaintiffs,          )<br>                                  )<br>v.                                )<br>                                  )<br>SPRINT NEXTEL CORPORATION, *et al.*,   )<br>          Defendants.         )  | Case No. 11-CV-2572 (EFM/GLR) |

## ORDER GRANTING JOINT MOTION TO STAY

THE COURT, having reviewed the Joint Motion To Stay Case Pending Outcome of Related Case (Doc. 7), and being fully advised in the premises, hereby orders:

1. The Joint Motion To Stay Case Pending Outcome of Related Case is granted;

2. All proceedings and deadlines in this case are stayed pending further order of the Court; and

3. This order shall not preclude Plaintiffs or Defendants from seeking unilaterally or jointly to lift the stay created by this order.

**IT IS SO ORDERED**.

DATED: March 28, 2012.

BY THE COURT:

*Eric F. Melgren*

ERIC F. MELGREN
U.S. DISTRICT COURT JUDGE